# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>FRANCISCO CALDERON,<br><br>                        Defendant. | Case No.:  23-cr-2543-DMS<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** |

The United States moves to dismiss the indictment in the above-named action.  (ECF No. 47.)  Before trial, "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."  Fed. R. Crim. P. 48(a).  Good cause appearing, the Court **GRANTS** the motion.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the indictment in this action against Defendant Francisco Calderon is **DISMISSED** without prejudice.

      **IT IS SO ORDERED.**

Dated:  March 14, 2024

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court